Oysterback, et al. v. Bush, et al. Doc. 2

Case 3:05-cv-00494-TJC-MMH   Document 2   Filed 05/31/2005   Page 1 of 3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARK OYSTERBACK AND
ANTHONY L. COOPER, et al.,

           Plaintiffs,

v.                            Case No. 3:05-cv-494-J-32MMH

GOVERNOR JEB BUSH, et al.,

           Defendants.

## ORDER

On May 31, 2005, Plaintiff Anthony L. Cooper, proceeding *pro se*, filed an "Emergency Letter of Petition Notice" (hereinafter Notice), in which he states that Dr. Trevino, Dr. Besser and Ms. Badtky are conspiring to discharge him from the Mental Health Treatment Crisis Unit at Union Correctional Institution. He alleges that he suffers depression and psychotic suicidal tendencies. He concludes that he plans to commit suicide and requests that this Court notify attorneys Peter Michael Siegel and Christopher Michael Jones as well as the Governor and the Secretary of the Florida Department of Corrections.

It appearing that Plaintiff Anthony L. Cooper intended to file this Notice in Mark E. Osterback, et al., v. James V. Crosby, Jr.,

et al., Case No. 3:04-cv-210-J-25MCR, a class action currently pending in this Court, this Court will direct the Clerk of the Court to file the Notice in that case, and this case will be dismissed without prejudice. However, as a precautionary measure, this Court will direct the Clerk of the Court to send a copy of the Notice (Doc. #1) and this Order to class action counsel in the Osterback case and to the Warden of Florida State Prison via facsimile for appropriate action, if any. In the future, Plaintiff should contact class action counsel in Case No. 3:04-cv-210-J-25MCR if he is interested in the status of that case or interested in class action counsels' representing his interests in that case.

If Plaintiff wishes to initiate a civil rights action on his own, he may complete and file the enclosed civil rights complaint form.

Accordingly, it is

**ORDERED:**

1. **The Clerk of the Court shall file** the Notice (Doc. #1) in Mark E. Osterback, et al., v. James V. Crosby, Jr., et al., Case No. 3:04-cv-210-J-25MCR.

2. **The Clerk of the Court shall immediately send** a copy of this Order and the Notice (Doc. #1) to the Warden of Florida State Prison (Michael Rathman) and class action counsel in Osterback, Case No. 3:04-cv-210-J-25MCR for appropriate action, if any.

3. This case is hereby dismissed **without prejudice**.

4.  The Clerk of the Court shall enter judgment dismissing this case without prejudice.

5.  The Clerk of Court shall send a Civil Rights Complaint form and an Affidavit of Indigency form to Plaintiff. If Plaintiff initiates his own civil rights case, he shall **either** file a fully completed Affidavit of Indigency (if Plaintiff desires to proceed as a pauper) **or** pay the $250.00 filing fee (if Plaintiff does not desire to proceed as a pauper). Plaintiff should not place this case number on the forms. The Clerk will assign a new case number if Plaintiff elects to refile his claims.

**DONE AND ORDERED** at Jacksonville, Florida, this 31st day of May, 2005.

TIMOTHY J. CORRIGAN
United States District Judge

sc 5/31
c:
Anthony L. Cooper
Michael Rathman, Superintendent, FSP